IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

THOMAS WILLIAM CORNELIUS, JR.,

        Defendant.

Case No. 6:13-CR-545-mc

**INDICTMENT**
[18 U.S.C. §§ 7(3); 1113(a)(1) and (a)(3); 18 U.S.C. §§1791(a)(2), and (b)(3)]

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about August 18, 2013, in the District of Oregon, at the Federal Correctional Institution, Sheridan, Oregon, a place within the territorial jurisdiction of the United States, Defendant THOMAS WILLIAM CORNELIUS, JR., did knowingly assault Kevin Wade Schultz, a human being, with intent to commit murder by striking and slashing him with a dangerous weapon, to-wit: a razor blade,

In violation of Title 18 United States Code, Section 113(a)(1).

**COUNT 2**

On or about August 18, 2013, in the District of Oregon, at the Federal Correctional Institution, Sheridan, Oregon, a place within the territorial jurisdiction of the United States, Defendant THOMAS WILLIAM CORNELIUS, JR., did knowingly assault Kevin Wade Schultz, a human being, with intent to do bodily harm, by striking and slashing him with a dangerous weapon, to-wit:   a razor blade,

In violation of Title 18 United States Code, Sections 7(3), 113(a)(3).

///

Page 1 - INDICTMENT

## COUNT 3

On or about August 18, 2013, in the District of Oregon, Defendant THOMAS WILLIAM CORNELIUS, JR., an inmate in the Federal Correctional Institution, Sheridan, Oregon, knowingly possessed a prohibited object, to-wit: a razor blade fashioned into a weapon,

In violation of Title 18, United States Code, Section 1791(a)(3).

DATED this 14th day of November, 2013.

A TRUE BILL

GRAND JURY FOREPERSON

S. AMANDA MARSHALL
United States Attorney

_____
FRANK R. PAPAGNI, JR.
Assistant U.S. Attorney

Page 2 - INDICTMENT